# Court of Appeals
# of the State of Georgia

ATLANTA, October 21, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0497. HERMAN BRIGHT v. THE STATE.

In 2009, a jury found Herman Bright guilty of malice murder and other offenses, and the trial court imposed a sentence of life in prison on the malice murder conviction. The Supreme Court of Georgia affirmed Bright's convictions. *Bright v. State*, 292 Ga. 273 (736 SE2d 380) (2013). He later filed an extraordinary motion for a new trial, which the trial court dismissed. In September 2024, Bright filed a document entitled "Notice of Appeal," in which he asked the trial court to vacate his convictions and sentences. The trial court then transmitted the case to this Court. We lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d

265) (2019). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__10/21/2024_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*